HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE                    CT. #2

DATE: June 5, 2014                      CASE No.    5:13-cv-05397-LHK

CASE TITLE:   A.B. Minor v. City Of San Jose et al

Courtroom Deputy: P. Cromwell           ERO:       FTR

APPEARANCES

For Plaintiff(s):                       For Defendant(s):

DeWitt Lacy                             Christian Nielsen and Kendra McGee

Also present: Amy Chaskin and A.B.      Also present: Ramon Macias and Casey Higgins

☒  Settlement Conference Held.  Case settled. Terms recited on record.  Written agreement to be filed.

☐  Settlement Conference Held.  Case did not settle.

☐  Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

**The parties are hereby ordered to file a statement by June 11, 2014 indicating when they will file their stipulation of dismissal.**
**Date: June 5, 2014**

cc:
Chambers

*Lucy H. Koh*

**U.S. District Court Judge**

Judge:                                  Hours:   2.5