**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.B., A MINOR, by and through his Guardian Ad Litem AMY CHASKIN, ) ) ) | Case No.: 13-CV-05397-LHK |
| Plaintiff, ) ) v. ) ) CITY OF SAN JOSE, a municipal corporation, ) and DOES 1-25, inclusive, ) ) Defendants. ) ) | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for August 13, 2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, August 11, 2014, at 9 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).  On June 10, the parties informed the Court that they had reached a settlement and would file a stipulation of dismissal by August 10, 2014.  The parties should inform the Court of the status of the settlement in their joint case management statement.

**IT IS SO ORDERED.**

Dated: August 7, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05397-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT